# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 731 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE CIVIL PROCEDURAL RULES COMMITTEE | : | CIVIL PROCEDURAL RULES |
| | : | DOCKET |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of April, 2022, Kathleen D. Bruder, Esquire, is hereby designated as Chair, and Maureen Murphy McBride, Esquire, is designated as Vice-Chair, of the Civil Procedural Rules Committee, commencing June 30, 2022.